UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JEREMY WILSON,

        Plaintiff,

v.                              Case No.:   2:18-cv-692-FtM-38MRM

RELIANT REAL ESTATE
MANAGEMENT, LLC,

        Defendant.
_____/

## OPINION AND ORDER[1]

Before the Court is United States Magistrate Judge Mac R. McCoy's Report and Recommendation (R&R) (Doc. 39), recommending the Court grant the parties' Joint Motion to Review and Approve FLSA Settlement Agreement (Doc. 38).  The parties have expressly waived any objections to the R&R.  (Doc. 40).

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation.  *See* 28 U.S.C. § 636(b)(1); *see also Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982)*.  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

judge reviews legal conclusions *de novo*, even in the absence of an objection.   *See*

*Cooper-Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

Judge McCoy found the monetary and nonmonetary terms of the parties' proposed

settlement agreement fair and reasonable.   After a careful and complete review of the

R&R, the Court agrees.

Accordingly, it is now

**ORDERED:**

United States Magistrate Judge Mac R. McCoy's Report and Recommendation

(R&R) (Doc. 39) is **ACCEPTED and ADOPTED.**

(1) The parties' Joint Motion to Review and Approve FLSA Settlement Agreement

(Doc. 38) is **GRANTED**, and this case is **DISMISSED** with prejudice.

(2) The Clerk is **DIRECTED** to enter judgment, terminate all pending motions, and

close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 30th day of April, 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record